UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| EDWARD GEORGE JOEL OSTRANDER,<br><br>                                    Petitioner,<br><br>        v.<br><br>STATE OF WASHINGTON,<br><br>                                    Respondent. | CASE NO. 3:20-CV-05450-BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable David W. Christel, United States Magistrate Judge. Dkt. 13. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)     The R&R is **ADOPTED**;

(2)     Petitioner's petition for habeas corpus (Dkt. 5) is **DISMISSED without prejudice**. Petitioner's motion for vicarious exhaustion of state remedies (Dkt. 6) is **DENIED** as moot;

(3)     A certificate of appealability is **DENIED**; and

(4)     This case is closed.

Dated this 13th day of October, 2020.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER - 2